| PROB 22 (Rev. 01/24) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | CR 07-00108DAE-01 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | 2:25-cr-00166-JAD-NJK |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| ROBERT KAIALAU, III | District of Hawaii | Honolulu |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable David Alan Ezera | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 06/13/2023 — TO 06/12/2026 |

✓ FILED   ENTERED
JUNE 5 2025
CLERK, U.S. DISTRICT COURT DISTRICT OF NEVADA
BY: AMMi DEPUTY

**OFFENSE**
Counts 1 to 4: Violent Crime in Aid of Racketeering Activity 18 U.S.C. §§ 1959 (a)(3) and 2, are Class C felonies

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Kaialau has no intentions of returning to the District of Hawaii.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ HAWAII

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **DISTRICT OF NEVADA** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_May 28, 2025_
Date

_/s/ Leslie E. Kobayashi_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/6/2025
Effective Date

_/s/_
United States District Judge

1