Prob12B
D/NV Form
Rev. June 2014

**United States District Court**
**for**
**the District of Nevada**

***REQUEST FOR EARY TERMINATION***
***Probation Form 35 (Termination of Supervised Release) is Attached***
**July 8, 2025**

Name of Offender: **Robert Kaialau**

Case Number: **2:25CR00166**

Name of Sentencing Judicial Officer: **Honorable David A. Ezra**

Date of Original Sentence: **December 30, 2008**

Original Offense: **Violent Crime in the Aid of Racketeering Activity, Class C Felony (Four Counts)**

Original Sentence: **240 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **June 13, 2023**

Date Jurisdiction Transferred to District of Nevada: **June 6, 2025**

Name of Assigned Judicial Officer: **Honorable Jennifer A. Dorsey**

## PETITIONING THE COURT

☒ To Terminate Supervised Release

## CAUSE

This report is to request early termination from supervised release on behalf of Kaialau By way of case history, December 30, 2008, Kaialau was sentenced to a term of 240 months imprisonment followed by three (3) years of supervised release for committing the offenses of Violent Crime in the Aid of Racketeering Activity, Class C Felony (Four Counts). On June 13, 2023, Kaialau commenced his supervised release term in the District of Nevada. Kaialau is expected to complete supervised release, absent of any violations and/or revocation on June 16, 2026.

Pursuant to 18 U.S.C. § 3583(e)(1), the Court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4),(a)(5), (a)(6), and (a)(7) terminate a term of supervised release and discharge the defendant released at any time after the expiration

of one year of supervised release, if the Court is satisfied that such action is warranted by the conduct of the person under supervision and is in the interest of justice.

The Guide to Judiciary Policy, Volume 8E, Chapter 3, has endorsed criteria for assessing whether an offender who satisfies the minimal statutory factors should be recommended for early termination: At 18 months, there is a presumption in favor of recommending early termination for persons who meet the following criteria: (1) The person does not meet the criteria of a career drug offender or career criminal (as described in 28 U.S.C. § 944(h)) or has not committed a sex offense or engaged in terrorism; (2) The person presents no identified risk of harm to the public or victims; (3) The person is free from any court-reported violations over a 12-month period; (4) The person demonstrates the ability to lawfully self-manage beyond the period of supervision; (5) The person is in substantial compliance with all conditions of supervision; and (6) The person engages in appropriate prosocial activities and receives sufficient prosocial support to remain lawful well beyond the period of supervision.

At sentencing, Your Honor imposed a $400 special assessment fee which was satisfied June 16, 2010. Kaialau has not incurred any arrests and/or documented negative contact with law enforcement while on supervision. Since February 8, 2024, he has been on a complaint caseload which does not require him to report in person. He has maintained contact with the Probation Office through written monthly reports and by telephone. Robert Kaialau has stable housing with his parents and has worked for 725 Huge Gear LLC since June 27, 2023, which has been verified through paystubs. Kaialau appears to meet the criteria for early termination as endorsed by Guide to Judiciary Policy, Volume 8E, Chapter 3.

The U.S. Probation Office supports early termination and respectfully recommends that the Court terminate supervision. Additionally, the U.S Attorney's Office has no opposition to Kaialau's early termination. Should the Court believe early termination is warranted, enclosed is a Probation Form 35 for Your Honor's signature. Should the Court have any questions, the Probation Office will be available at the Court's convenience.

Respectfully submitted,

________________________________
Victoria Willard
Probation Officer Assistant

Prob12B
D/NV Form
Rev. June 2014

Approved:

______________________________________

Amberleigh Barajas
Supervisory United States Probation Officer

***THE COURT ORDERS***

☐ No Action.

XX Supervised Release is Terminated

☐ Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

______________________________
Signature of Judicial Officer

7/18/2025
______________________________
Date

PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court

FOR THE DISTRICT OF

NEVADA

UNITED STATES OF AMERICA

v.

Crim No. 2:25CR00166

Robert Kaialau

On June 13, 2023 the above named was placed on supervised release for a period of three (3) years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. Additionally, the United States Attorney's Office has no opposition to Patino's early termination. It is accordingly recommended that he be discharged from supervised release.

Respectfully submitted,

______________________________

Victoria Willard
Probation Officer Assistant

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

DATED: 7/18/2025

______________________________

Jennifer A. Dorsey
United States District Judge